IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

  v.

COPART, INC., and COPART OF WASHINGTON, INC. doing business as COPART SALVAGE AUTO AUCTIONS and COPART AUTO AUCTIONS,

    Defendants.

No. C 08-05593 WHA

**ORDER RE EXPERT DISCOVERY CUTOFF DATE**

The Court is in receipt of the parties' stipulation and proposed order regarding the expert discovery cutoff date. The parties have requested to move the deadline for completion of expert discovery from January 4, 2010 to January 15, 2010, because the parties "anticipate" scheduling difficulties. This request is premature in that there is not an actual scheduling conflict. Accordingly, the request is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: April 13, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE