IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

v.

COPART INC., and COPART OF WASHINGTON, INC., doing business as COPART SALVAGE AUTO AUCTIONS and COPART AUTO AUCTIONS,

    Defendants.

AND RELATED COUNTERCLAIM.

No. C 08-05593 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties' notice of settlement in the captioned matter but cautions that until a dismissal is filed, all deadlines remain active, *i.e.*, non-expert discovery cut-off date being **NOVEMBER 30, 2009**.

**IT IS SO ORDERED.**

Dated: November 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE