1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   E-mail:       pcogan@rmkb.com; rforni@rmkb.com
5
   Attorneys for Plaintiff and Counter-Defendant,
6  LIBERTY MUTUAL FIRE INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LIBERTY MUTUAL FIRE INSURANCE | CASE NO. CV-08-5593 (WHA)
   | COMPANY,                      |
12 |                               | STIPULATION AND [PROPOSED]
   |           Plaintiff,          | ORDER DISMISSING ACTION WITH
13 |                               | PREJUDICE
   | v.                            |
14 |                               |
   | COPART, INC. and COPART OF    |
15 | WASHINGTON, INC. doing business as |
   | COPART SALVAGE AUTO AUCTINOS  |
16 | and COPART AUTO AUCTIONS,     |
   |                               |
17 |           Defendants.         |

18 | COPART, INC. and COPART OF
   | WASHINGTON, INC. doing business as
19 | COPART SALVAGE AUTO AUCTIONS
   | and COPART AUTO AUCTIONS,
20 |
   |           Counterclaimants,
21 |
   | v.
22 |
   | LIBERTY MUTUAL FIRE INSURANCE
23 | COMPANY,
   |
24 |           Counterdefendant.
25

26       **IT IS HEREBY STIPULATED** by and between Plaintiff and Counter-defendant,

27 LIBERTY MUTUAL FIRE INSURANCE COMPANY, and Defendants and Counter-claimants,

28 COPART, INC. and COPART OF WASHINGTON, INC. doing business as COPART

1   SALVAGE AUTO AUCTIONS and COPART AUTO AUCTIONS, by and through their
2   attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with
3   prejudice as to all Defendants and Counter-Defendants.  Each party shall bear its own fees and
4   costs.

5   **IT IS SO STIPULATED.**

6   Dated: December 30, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

8                                                By:    /s/ Robert M. Forni, Jr.
                                                        PAMELA E. COGAN
9                                                       ROBERT M. FORNI, JR.
                                                        Attorneys for Plaintiff and Counter-Defendant,
10                                                      LIBERTY MUTUAL FIRE INSURANCE
                                                        COMPANY

11  Dated: ~~December~~ January 5, ~~2009~~ 2010

12                                              PILLSBURY & LEVINSON, LLP

13                                              By: _____
14                                                   PHILIP L. PILLSBURY, JR.
                                                     VEDICA PURI
15                                                   CELIA M. JACKSON
                                                     Attorneys for Defendants and Counter-
16                                                   claimants, COPART, INC. and COPART OF
                                                     WASHINGTON, INC. doing business as
17                                                   COPART SALVAGE AUTO AUCTIONS and
                                                     COPART AUTO AUCTIONS
18

19                                          **ORDER**

20          Pursuant to the parties' stipulation, **IT IS SO ORDERED**.  The above-captioned action
21  shall be, and hereby is, dismissed with prejudice as to all Defendants and Counter-Defendants.
22  Each party shall bear its own fees and costs. **THE CLERK SHALL CLOSE THE FILE.**

24  Dated: January 7, 2010.

                                                _____
25                                              Hon. William Alsup
                                                United States District Judge



Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5430207.1/RMF                           - 2 -                    ORDER DISMISSING ACTION WITH PREJUDICE
                                                                     CASE NO.: CV-08-5593 (WHA)